UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LISA SAMPSON

    Plaintiff

CA. No. 1:05-cv-10911-RWZ

ELI LIILY AND COMPANY

    Defendant

### NOTICE OF APPEARANCE

COME NOW Kenneth M. Levine and Sheila Mone of the firm of KENNETH M. LEVINE & ASSOCIATES, 370 Washington Street, Brookline, Massachusetts 02445 and file their appearance as counsel for the Plaintiff in the above referenced 6556matter.

Respectfully submitted this 26th day of July, 2005

_____
Kenneth M. Levine, BBO#296850
Sheila Mone BBO#634615
KENNETH M. LEVINE & ASSOCIATES
370 Washington Street
Brookline, MA 02446
617-566-2700

DATED: July 26, 2005

### Certificate of Service

I, Kenneth M. Levine, so state that on this 26th day of July, 2005 I did serve the above document upon counsel for the defendant via first class mail.

_____
Kenneth M. Levine