UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

LISA SAMPSON

    Plaintiff

CA. No. 1:05-cv-10911-RWZ

ELI LIILY AND COMPANY

    Defendant

**NOTICE OF APPEARANCE**

COMES NOW Sheila Mone of the firm of Kenneth M. Levine & Associates, 370 Washington Street, Brookline, Massachusetts 02445 and files her appearance as counsel for the Plaintiff in the above referenced matter.

Respectfully submitted this 26th day of August, 2005.

/s/ Sheila Mone

_____
Sheila Mone BBO#634615
Kenneth M. Levine & Associates
370 Washington Street
Brookline, MA 02446
617-566-2700