UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  05-CV-10911(RWZ)

|  |  |
|---|---|
| LISA SAMPSON | ) |
|  | ) |
|     Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| ELI LILLY AND COMPANY, | ) |
|  | ) |
|     Defendant. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Erica Tennyson on behalf of plaintiff, Lisa Sampson in the above-captioned action.

Respectfully submitted,

LISA SAMPSON,

By her attorneys,


/s/ Erica Tennyson
Juliet A. Davison, BBO #562289
Erica Tennyson, BBO #660707
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA  02109
(617) 720-2626

Date:   December 19, 2005