UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

LISA SAMPSON

     Plaintiff

v.                                                    CA. No. 1:05-cv-10911-RWZ

ELI LIILY AND COMPANY

     Defendant

## **NOTICE OF WITHDRAWAL**

     COME NOW Kenneth M. Levine and Sheila Mone of the firm of KENNETH M. LEVINE & ASSOCIATES, 370 Washington Street, Brookline, Massachusetts 02445 and WITHDRAW their appearance as counsel for the Plaintiff in the above referenced matter.

     Respectfully submitted this 23RD day of January, 2006

                                                                       _____
                                                                       Kenneth M. Levine, BBO# 296850
                                                                       Sheila Mone, BBO#634615
                                                                       KENNETH M. LEVINE & ASSOCIATES
                                                                       370 Washington Street
                                                                       Brookline, MA 02446
                                                                       617-566-2700

DATED : January 23, 2006